# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bonapfel, Paul W. | United States Bankruptcy Court | 05/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Room 1492 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | Adjunct Faculty (See Part VIII) | Emory University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. | 2009 | Mercer University School of Law (See Part VIII) |
| 3. | 2009 | Emory University School of Law (See Part VIII) |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Thomson/West book royalties | $5,389.00 |
| 2. 1/12 -5/12 | Emory University School of Law - Adjunct Faculty | $1,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed Math Tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute | April 19-20, 2012 | Savannah, Georgia | Faculty of CLE Program | Reimbursement for lodging, food, registration fee waived for faculty |
| 2. | National Conference of Bankruptcy Judges | Oct 23-27, 2012 | San Diego, CA | Attend CLE Program & Judges' Conference | Reimbursement of lodging for judges attending meetings |
| 3. | Bankr. Section, State Bar of GA | Nov. 29-30, 2012 | Reynolds Plantation, GA | Participate in State Bar CLE Program | Reimbursement of lodging, meals, complimentary dinner for spouse, registration fee waived for attending judges |
| 4. | Mercer University School of Law | January - April 2012 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for luncheons with guest faculty, other faculty, and staff |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bonapfel, Paul W.** | 05/09/2013 |

| 5. | American Bankruptcy Institute | May 31- June 2, 2012 | Memphis, TN | Faculty for CLE Program | Reimbursement for travel, lodging, meals, registration fee waived for faculty |
|---|---|---|---|---|---|
| 6. | Cumberland Law School | Oct. 4-5, 2012 | Birmingham, AL | Faculty for CLE Program | Reimbursement for travel, lodging, meals, registration fee waived for faculty |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Complimentary regist. for bankr law CLE Seminar (provided to all bankruptcy judges) | Southeastern Bankruptcy Law Institute | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Solutions, Inc.(f/k/a Motorola, Inc)Common-SeeVIII | A | Dividend | J | T | | | | | |
| 2. Motorola Mobility Holdings, Inc. Common | | None | | | Sold | 05/22/12 | J | | Public |
| 3. Cisco Systems Common | A | Dividend | J | T | | | | | |
| 4. Touchmark Bancshares, Inc. Common | | None | J | W | | | | | |
| 5. First Landmark Bank Common | | None | K | W | | | | | |
| 6. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 7. US Savings Bonds | | None | L | T | | | | | |
| 8. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 9. Atlanta Investment Partners | A | Dividend | J | W | | | | | |
| 10. Mass. Mutual Whole Life | A | Dividend | J | T | | | | | |
| 11. IRA Account 2 (Morgan Stanley, Custodian) | A | Interest | J | T | | | | | |
| 12. -Morgan Stanley Bank | | | | | | | | | |
| 13. - Arrow DWA Tactical A Mutual Fund (DWTXF) | | | | | | | | | |
| 14. Chevron Corp Common | C | Dividend | L | T | | | | | |
| 15. Conn Spec Tax Trans Infra Rev (MB 12) | A | Interest | | | Redeemed | 10/01/12 | J | | Public |
| 16. | | | | | | | | | |
| 17. Mun. Elec Au Ga 02A (MB 14) | A | Interest | | | Redeemed | 11/1/12 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Metro Atl Rapid Trans Auth (MB 12) | B | Interest | | | Redeemed | 07/02/12 | K | | Public |
| 19. Gwinnett Cnty Ga CTFS Ser B Rev (MB 13) | A | Interest | K | T | | | | | |
| 20. Atl Ga Water & Wastewater Rev Ser A (MB-14) | B | Interest | K | T | | | | | |
| 21. Douglas Cnty Ga Genl Oblig Sales Tax (MB 14) | | None | K | T | Buy | 10/09/12 | K | | Public |
| 22. Fulton Co. Ga Dev Auth Rev Fulton Cnty GA (MB-18) | A | Interest | K | T | | | | | |
| 23. Peachtree City GA Wtr & S (MB 15) | B | Interest | K | T | | | | | |
| 24. Col. Ga Bldg Aut Leas Rev Cap Impt RefLease RevA (MB15) | | None | K | T | Buy | 10/09/12 | K | | Public |
| 25. Newnan Ga Wtr Sew & Lt Ser A (MB 16) | B | Interest | K | T | | | | | |
| 26. Newton Cnty Ga Sch Dist (MB 16) | A | Interest | K | T | | | | | |
| 27. Metro Atlanta Rapid Trans. Auth (MB17) (See PartVIII) | A | Interest | | | Redeemed | 05/30/12 | K | | Public |
| 28. Metro Atlanta Rapid Trans. Auth. (MB 17) (See Part 8) | A | Interest | J | T | Buy | 05/30/12 | J | | Public |
| 29. Metro Atlanta Rapid Trans. Auth. (MB 17) (See Part 8) | A | Interest | K | T | Buy | 05/30/12 | J | | Public |
| 30. Monroe Ga (MB 17) | A | Interest | K | T | | | | | |
| 31. Gwinnett Cnty Ga Wtr & Swr Au Rev Ref Ser B (MB 12) | A | Interest | | | Redeemed | 08/01/12 | K | | Public |
| 32. Savannah Ga Wtr & Swr Rev Ref & Impt (MB 12) | A | Interest | | | Redeemed | 12/03/12 | K | | Public |
| 33. Atlanta Water (MB 16) | C | Interest | L | T | | | | | |
| 34. Decatur Ga Genl Oblig (MB 16) | | None | K | T | Buy | 10/09/12 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GaSt Rd &Tollway Auth Fed Hwy Grant Antic Rev A (MB16) | B | Interest | L | T | Buy | 10/09/12 | L | | Public |
| 36. Berrien Cnty Ga Sch Dis OID (MB 17) | | None | K | T | Buy | 10/09/12 | K | | Public |
| 37. | | | | | | | | | |
| 38. Ga St GO Ref-C (MB 17) | C | Interest | L | T | | | | | |
| 39. Dahlonega Ga Dwntwn RV CTFG (MB 17) | A | Interest | K | T | | | | | |
| 40. Gwinnett Cnty Ga Sch Dist Ref (MB 18) | | None | K | T | Buy | 11/08/12 | K | | Public |
| 41. Clayton Cnty & Clayton Cnty Ga Wtr Auth (MB 18) | | None | L | T | Buy | 12/07/12 | L | | Public |
| 42. Georgia St Genl Oblig Ref-I (MB 18) | | None | K | T | Buy | 11/08/12 | K | | Public |
| 43. Georgia St (MB 19) | A | Interest | L | T | Buy | 08/23/12 | L | | Public |
| 44. Ga St Rd & Tlwy (MB 19) | B | Interest | | | Redeemed | 03/01/12 | L | | Public |
| 45. Ga St Rd & Tlwy (MB 19) ) | B | Interest | K | T | | | | | |
| 46. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 19) | D | Interest | M | T | | | | | |
| 47. Gwinnett Cnty Sch Dist Ref (MB 20) | A | Interest | J | T | Buy | 07/20/12 | J | | Public |
| 48. Decatur Co Sch Bldg Auth (MB 20) | C | Interest | M | T | | | | | |
| 49. Ga St Rd & Tlwy (MB 21) (MAT 8) | C | Interest | M | T | | | | | |
| 50. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 21) | D | Interest | M | T | | | | | |
| 51. Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Atlanta & Fulton Cnty Rec Auth (MB22) | C | Interest | M | T | | | | | |
| 53. Morgan Stanley Bank - Accounts | A | Interest | K | T | | | | | |
| 54. GA Rd Reimbursement (MB 19) | B | Interest | K | T | | | | | |
| 55. Clark Cnty Ga Hosp Au Rev (MB 14) (See Part VIII) | B | Interest | K | T | | | | | |
| 56. Univ Cent Fl COP Ser A Rev (MB 13) ) | B | Interest | L | T | | | | | |
| 57. Cape Coral Fl Util Imp (MB 12) | A | Interest | | | Redeemed | 07/02/12 | J | A | Public |
| 58. Escambia Co Fl Cap Rev (MB 14) | D | Interest | | | Redeemed | 10/01/12 | L | | Public |
| 59. Atl Ga DV Au Stu HSG RV (MB 16) | A | Interest | K | T | | | | | |
| 60. Miami Dade Fl Exwy Auth Ref (MB 18) | B | Interest | K | T | | | | | |
| 61. Gwinnett Co Wtr & Swr Ga Rev (MB 15) | A | Interest | K | T | | | | | |
| 62. Gulf Co Fl Gas Tax RV (MB 17) | B | Interest | L | T | | | | | |
| 63. Sumter Cnty Ga Sch Dist (MB 17) | B | Interest | K | T | | | | | |
| 64. Mun Elec Auth Ga Proj 1-D-1 (MB 15) (MEAG) See Part 8 | B | Interest | K | T | | | | | |
| 65. Grtr Orlando Fl Avia Auth (MB 16) | B | Interest | | | Redeemed | 10/01/12 | K | | Public |
| 66. Ga St Rd & Tlwy Fd Hwy Grant (MB 14) | B | Interest | K | T | | | | | |
| 67. Metro Atl. Rap. Tran Au (MB 20) | B | Interest | K | T | | | | | |
| 68. Gwinnett County Ga School Dist Ref (MB-23) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GA St. Genl OBLIG Ser B (MB 23) | B | Interest | K | T | | | | | |
| 70. Cobb Co. Ga Wtr & Sew Rev (MB 23) | A | Interest | J | T | | | | | |
| 71. Forsyth Co. Ga Genl OBLIG-A (MB 23) | B | Interest | L | T | | | | | |
| 72. Ga St Gen Oblig Ser E (MB-13) | B | Interest | K | T | | | | | |
| 73. Ga St Genl OBLIG- Ser B (MB 25) | B | Interest | L | T | | | | | |
| 74. Henry Co Ga Sch Dist (MB 16) | B | Interest | K | T | | | | | |
| 75. Chatham Cnty Ga. Sch. Dist Ref (MB-15) (See Part VIII) | B | Interest | K | T | | | | | |
| 76. Fayette Cnty Ga Pub Facs Auth Rev (MB 18) | A | Interest | K | T | | | | | |
| 77. Monroe Cnty Fl S/D Sales Tax Rev (MB 12) | A | Interest | | | Redeemed | 10/01/12 | K | A | Public |
| 78. Peachtree City Ga. Wtr & Sewer Au (MB 20) | B | Interest | K | T | | | | | |
| 79. Miami Dade Co FL Sch Dist G.O. Rfdg (MB 12) | B | Interest | | | Redeemed | 08/01/12 | K | | Public |
| 80. Tampa Fl Rev Hlth Sys Cath East A-1 (Allegany) (MB 12) | B | Interest | | | Redeemed | 11/15/12 | K | | Public |
| 81. Main St Nat Ga Proj Ser A (MB 18) (See VIII) | B | Interest | L | T | | | | | |
| 82. Ga St. Rd & Tlwy Fd. Hwy Grant (MB 18) | B | Interest | L | T | | | | | |
| 83. Marco Island Util Sys Rev Fla (MB 12) | A | Interest | | | Redeemed | 10/01/12 | K | | Public |
| 84. Gwinnett County GA Dev Auth. (MB 20) | B | Interest | K | T | | | | | |
| 85. Polk Co Fl Sch Bd COP A Rv (MB 13) | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. St Johns Co Fl Sch Bd Cfs Prtn Rev (MB 15) | C | Interest | M | T | | | | | |
| 87. Cobb Cnty Ga Wtr & Sew Rev (MB 18) | B | Interest | L | T | | | | | |
| 88. Gwinnett Cnty Ga Wtr & Sew Auth Rev (MB 18) | A | Interest | K | T | | | | | |
| 89. Ga St Genl Oblig Ref (MB 20) | B | Interest | K | T | | | | | |
| 90. Dwntwn Svnnah Auth Ga Rev Ellis Sq Prk Prj (MB 20) | A | Interest | J | T | | | | | |
| 91. Georgia St Genl Oblig-E (MB 22) | A | Interest | K | T | Buy | 07/20/12 | J | | Public |
| 92. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23) | A | Interest | K | T | | | | | |
| 93. Columbus Ga Bldg Auth Lease Rev Ref-A (MB 24) | | None | K | T | Buy | 10/09/12 | K | | Public |
| 94. Ga Muni Elec Auth Unref Bal Combus- A (MB 24) | D | Interest | | | Redeemed | 11/01/12 | L | | Public |
| 95. Muscogee Cnty Sch Dist (MB 14) | B | Interest | M | T | Buy | 11/08/12 | M | | Public |
| 96. Morgan Stanley Bank - Accounts | A | Interest | J | T | | | | | |
| 97. IRA Account 1 (Morgan Stanley, Custodian) (*See VIII) | D | Int./Div. | O | T | | | | | |
| 98. -Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | | | | | | | | | |
| 99. -Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent)See8 | | | | | | | | | |
| 100. –Guggenheim Russell Top 50 ETF (XLG) | | | | | Buy | 08/03/12 | K | | Public |
| 101. –Guggenheim S & P 500 Equ Weight (RSP) | | | | | Buy | 12/03/12 | K | | Public |
| 102. – IShares Cohen & Steers RL MJR Fd (ICF) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - IShares DJ US Basic Mtls Sctr (IYM) * | | | | | Buy | 01/27/12 | K | | Public |
| 104. | | | | | Sold | 03/29/12 | K | | Public |
| 105. – IShares DJ Us Consmr Non Cyclcl (IYK) | | | | | | | | | |
| 106. – IShares DJ US Health Indx (IHF) | | | | | Buy | 04/24/12 | K | | Public |
| 107. | | | | | Buy | 08/23/12 | J | | Public |
| 108. – IShares DJ US Indl Sctr (IYJ) | | | | | Buy | 02/07/12 | K | | Public |
| 109. | | | | | Buy | 09/20/12 | J | | Public |
| 110. –IShares DJ US Pharm Indx (IHE) | | | | | Sold (part) | 03/03/12 | J | A | Public |
| 111. – IShares DJ US Rl Est Index (IYR) | | | | | Buy | 05/04/12 | K | | Public |
| 112. – IShares DJ US Util Sctr (IDU)* | | | | | Sold | 11/29/12 | K | A | Public |
| 113. – IShares Dow Jns US Cons Cyclcl (IYC) | | | | | Sold (part) | 03/03/12 | J | A | Public |
| 114. –IShares NASDAQ Biotech Fund (IBB)* | | | | | Sold (part) | 03/16/12 | J | B | Public |
| 115. | | | | | Sold | 10/04/12 | J | C | Public |
| 116. | | | | | Sold | 11/09/12 | K | D | Public |
| 117. – IShares MSCI Eafe Funds (EFA) | | | | | Buy | 12/20/12 | K | | Public |
| 118. – IShares MSCI Emerging Mkts Fd (EEM) | | | | | Buy | 12/20/12 | K | | Public |
| 119. – IShares S & P Midcap 400 Growth (IJK)* | | | | | Sold | 04/11/12 | K | D | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. – IShares S & P Midcap 400 Index (IJH) | | | | | Buy | 12/21/12 | K | | Public |
| 121. – JP Morgan Alerian MLP Inex ETN (AMJ) | | | | | | | | | |
| 122. – Powershare Dyn Energy ETF (PXI)* | | | | | Buy | 02/15/12 | K | | Public |
| 123. | | | | | Sold | 03/30/12 | K | | Public |
| 124. – Powershares QQQ Tr (QQQ) | | | | | Sold (part) | 03/06/12 | M | D | Public |
| 125. | | | | | Buy | 11/30/12 | K | | Public |
| 126. | | | | | Buy | 12/05/12 | K | | Public |
| 127. – SPDR Gold Tr Shares (GLD) * | | | | | Buy | 08/30/12 | K | | Public |
| 128. | | | | | Buy | 11/20/12 | K | | Public |
| 129. | | | | | Sold | 12/21/12 | L | | Public |
| 130. – S & P North American Tech Soft (IGV) (See VIII) | | | | | Buy | 02/10/12 | K | | Public |
| 131. | | | | | Buy | 10/08/12 | J | | Public |
| 132. – S & P North American Tech Sector (IGM) | | | | | Sold (part) | 03/13/12 | J | A | Public |
| 133. | | | | | Buy | 07/11/12 | J | | Public |
| 134. – Vanguard Midcap Growth ETF (VOT)* | | | | | Buy | 05/03/12 | K | | Public |
| 135. | | | | | Sold | 06/15/12 | K | | Public |
| 136. Wells Fargo Bank - Bank - Accounts 2 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley Bank-(Accounts 2) (See VIII) | A | Interest | J | T | | | | | |
| 138. Nuveen Select Qual Mun Fd Inc. (NQS) | D | Dividend | L | T | | | | | |
| 139. American Funds Fundamental Inv A (ANCFX) | C | Dividend | M | T | | | | | |
| 140. American Funds Wash. Mutual A (AWSHX) | B | Dividend | L | T | | | | | |
| 141. Western Asset Corp. Bd A (SIGAX) (See VIII) | D | Dividend | M | T | Sold (part) | 01/31/12 | K | | Public |
| 142. | | | | | Sold (part) | 02/01/12 | K | | Public |
| 143. T Rowe Price Equity Income Mutual Fund | B | Dividend | L | T | | | | | |
| 144. T Rowe Price Growth & Income Mutual Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2012, ending May 2012. Also adjunct faculty for 2010, 2011 and 2013.

2. Emory University School of Law; Teacher for course in bankruptcy law, beginning January 2012, ending April 2012. Also adjunct faculty for 2010. Did not teach course in 2011 or 2013.

II. Agreements

1. Agreement between West Services, Inc. (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) 2010 and 2011, 2012, and 2013. No compensation; expenses to be reimbursed.

3. Emory University School of Law. Agreements to teach course on Recent Developments in Bankruptcy as adjunct faculty for Spring Semester (Jan. - April) 2010 and 2012 for compensation of $1,500 per semester.

VII. Investments and Trusts

General Note: In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to last four digits of CUSIP number.

Line 27-29 - Asset shown on Line 27 is same asset shown on line 29 of 2011 report. It was a bond issued by Metro. Atlanta Rapid Trans. Auth., Cusip No. _____. In May 2012, this bond was split through reorganization into two bonds, Cusip Nos. _____. The two bonds into which it was split are reported on lines 28 and 29 of this report. This split was a noncash transaction on which filer realized no gain. Interest was paid on original bond prior to split and on surviving bonds after split and is reported accordingly.

Line 55 - Description changed to correct typographical error and to add additional identifying information.

Line 64 - Identifying information added

Line 75 - Identifying information added

Line 81 - Identifying information added

Line 97 - * at end of asset descriptions in this account indicates asset was not owned at end of reporting period. Inserted for convenience of filer in preparing report.

Lines 97 and 98 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian utilizes these accounts at its discretion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Account occasionally has zero balance.

Line 130 - This asset erroneously identified in Line 109 of 2011 Report as "S & P North American Tech Soft (IGV); it should have been "S & P North American Tech Sector (IGV).

Line 137 - "Accounts 2" added to description to distinguish this Morgan Stanley Account from other.

Line 141 - Name changed from Legg Mason WA Corp. BDA (SIGAX) to Western Asset Corporate BDA (SIGAX) same asset as on Line 186 of 2011 Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Bonapfel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544